IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA Division

| | |
|---|---|
| Paul M Powell,<br><br>                    Plaintiff,<br><br>v.<br><br>Peoria Housing Authority, A Municipal Corporation,<br><br>                    Defendant. | No.  04-1123 |

CERTIFICATE OF SERVICE & NOTICE OF FILING

The undersigned states that a copy of the Plaintiff's:

Response to Motion to Dismiss

was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of the said addressees, with postage fully prepaid, and depositing same in a U.S. Mail Box in Springfield, Illinois on September 14, 2004,

Julian E. Cannell
Kavanagh, Scully, Sudow, White &
Frederick, P.C.
301 SW Adams Street
Suite 700
Peoria, IL 61602-1574

and that the original was filed with the Clerk of the Court in which said cause is pending.


/s/ - Charles S. Watson
Charles S. Watson

Charles S. Watson
P.O. Box 5477
427 E. Monroe Street
Suite 301
Springfield, IL 62705
217-544-6165 (V)
217-544-6224 (F)
cswatson@cswlaw.com