E-FILED
Tuesday, 09 November, 2004 01:37:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Paul M Powell,<br>　　　　　Plaintiff,<br>v.<br>Peoria Housing Authority,<br>a Municipal Corporation,<br>　　　　　Defendant. | No. 04-1123 |

MOTION FOR RECONSIDERATION

Comes now the Plaintiff, Paul Powell, by and through his attorney, Charles S. Watson, and moves this honorable Court to enter an order reconsidering that portion of its order of 29 October 2004 that states that the Plaintiff cannot assert claims for retaliation. The Court misperceived the law on that subject as it relates to post-charge filing acts of retaliation. Attached hereto and incorporated herein as if fully set forth is the Plaintiff's memorandum of Law in Support of Motion for Reconsideration.

Wherefore the Plaintiff requests this honorable Court to reconsider the subject portion of its prior order and allow the Plaintiff to assert claims of retaliatory conduct within the Title VII counts by amending his complaint.

Respectfully Submitted,
Plaintiff,
Paul Powell,


By: s/ Charles S. Watson
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705-5477
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com

Charles S. Watson
P.O.Box 5477
427 E. Monroe St.
Suite 301
Springfield IL 62705
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com