E-FILED
Tuesday, 09 November, 2004  01:42:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | |
|---|---|
| Paul M Powell,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Peoria Housing Authority, a Municipal Corporation,<br><br>　　　　　　Defendant. | No.  04-1123 |

**CERTIFICATE OF SERVICE & NOTICE OF FILING**

The undersigned certifies that on  that the Plaintiff's:

**Memorandum In Support Of Motion For Reconsideration**
**Motion For Reconsideration**

and that a copy of the aforesaid document was mailed, first class postage prepaid to the following non-EM/ECF participants at the address shown on November 9, 2004:

| | |
|---|---|
| Julian Cannell<br>Kavanagh, Scully, Sudow, White & Frederick, P.C.<br>301 SW Adams Street<br>Suite 700<br>Peoria, IL 61602-1574 | |

s/ Charles S. Watson

_____
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com