12955.7020

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| PAUL M. POWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-1123 |
| ) | |
| PEORIA HOUSING AUTHORITY, a ) | |
| Municipal Corporation, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

Now comes the Defendant, PEORIA HOUSING AUTHORITY, a Municipal Corporation, by its attorneys Kavanagh, Scully, Sudow, White & Frederick, P.C., and for its Answer to the Third Amended Complaint at Law filed by Plaintiff on or about December 7, 2004, states as follows:

1. Admitted, except for the reference to the jurisdictional statute, which Defendant believes to be 28 U.S.C. §1343(a)(4).

2. Denied.

3. Admitted.

4. Admitted.

5. Admitted, although subject to the Court's Order of October 29, 2004.

6. Admitted.

7. Admitted.

8. No answer to this allegation is required.

9. Admitted.

LAW OFFICES
KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.
301 S. W. ADAMS STREET, SUITE 700
PEORIA, ILLINOIS 61602-1574
TELEPHONE (309) 676-1381
TELECOPIER (309) 676-0324

1

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Defendant has insufficient knowledge of facts necessary to answer paragraph 26; therefore denies this allegation and demands strict proof thereof.

27. Denied.

28. Denied.

29. Defendant has insufficient knowledge of facts necessary to answer paragraph 29; therefore denies this allegation and demands strict proof thereof.

LAW OFFICES
KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.
301 S. W. ADAMS STREET, SUITE 700
PEORIA, ILLINOIS 61602-1574
TELEPHONE (309) 676-1381
TELECOPIER (309) 676-0324

2

For the reasons stated above, the Defendant, PEORIA HOUSING AUTHORITY, prays for Judgment in bar of the Plaintiff's claim.

PEORIA HOUSING AUTHORITY,
Defendant, by its attorneys,
KAVANAGH, SCULLY, SUDOW,
WHITE & FREDERICK, P.C.

By    s/Scott R. Paulsen
      Scott R. Paulsen

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: CHARLES S. WATSON, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

      s/Scott R. Paulsen

LAW OFFICES
KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.
301 S. W. ADAMS STREET, SUITE 700
PEORIA, ILLINOIS 61602-1574
TELEPHONE (309) 676-1381
TELECOPIER (309) 676-0324

3