**E-FILED**
Tuesday, 17 May, 2005  01:46:52 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

**Paul M Powell**,
                          Plaintiff,

v.

                                                    No. 04-1123

**Peoria Housing Authority,**
**a Municipal Corporation**,
                          Defendant.

### JOINT MOTION FOR EXTENSION OF TIME
AND
### NEW SCHEDULING ORDER

Comes Now the Parties, by their counsel, and request this honorable court for an extension of time in which to complete discovery, and for the rescheduling of other dates, and in support thereof state as follows:

1.    The parties have engaged in discovery, but have been unable to complete same.

2.    Although its counsel has diligently attempted to comply with the Plaintiff's discovery, due to delays and other matters outside of counsel and the Defendant's control, the initial responses to the Plaintiff's written discovery requests have not yet been fully completed.

3.    Counsel for the Defendant has been unable to determine, what, if any, depositions, must be pursued due to the lack of full responses to the initial discovery requests.

4.    The Defendant, however, has indicated that it will be able to comply fully with discovery requests in the very near future, and will endeavor to cooperate fully with

all other discovery requests.

     5.     However, the discovery completion deadline is June 6, 2005. Neither counsel believe that full discovery can be completed during that time period.

     6.     Counsel for the Plaintiff is a solo practitioner and has been without office staff for three weeks – thus putting virtually all processes behind – and expects to spend at approximately 9 days in trial between the writing of this motion and the discovery cut-off date .

     7.     This motion is presented by both parties in the interest of pursuing justice and not for the purposes of undue delay.

Wherefore, the parties jointly request this honorable court to enter an order extending the discovery period and resetting the other dates in the initial scheduling order in accordance with the attached proposed amended schedule.

Respectfully Submitted,

Plaintiff,
Paul M. Powell,

By:_____
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O. Box 5477
Springfield, IL 62705-5477
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com

Defendant,
Peoria Housing Authority,

By:_____
Scott R. Paulsen
Attorney for the Defendant
Kavanagh, Scully, Sudow, White &
Frederick, P.C.
301 SW Adams Street, Suite 700
Peoria, IL 61602
309.676.1381 (V)
309.676.0324 (F)
scottpaulsen@ksswf.com

## Proposed Amended Schedule

1.  June 30, 2005:            Plaintiff's Expert:  Plaintiff must disclose his experts, if any, along with all other disclosures required by F.R.Civ.P. 26(a)(2).

2.  August 31, 2005:         Defendant's Expert: Defendant discloses its experts, if any, along with all other disclosures required by F.R.Civ.P. 26(a)(2).

3.  September 30, 2005:      Discovery Cut-Off:  All discovery must be completed by this date.  Any Written  discovery must be served by a date that gives the responding party a full thirty days in which to respond on or before this date.

4.  October 31, 2005:        Dispositive Motion Cut-off:  All Dispositive motions, whether seeking full or partial relief, must be filed on or before this date.