**E-FILED**
Tuesday, 17 May, 2005  01:52:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | |
|---|---|
| Paul M Powell, | |
| Plaintiff, | |
| v. | No.  04-1123 |
| Peoria Housing Authority, a Municipal Corporation, | |
| Defendant. | |

CERTIFICATE OF SERVICE & NOTICE OF FILING

The undersigned certifies that on  that the Plaintiff's:

**Joint Motion for Extension of Time**

was electronically filed and that a copy of the aforesaid document was electronically served to the following on May 17, 2005:

| | |
|---|---|
| Scott Paulsen scottpaulsen@ksswf.com | |

s/ Charles S. Watson

_____

Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com