**E-FILED**
Wednesday, 15 June, 2005  03:39:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **Paul M Powell**, | |
| Plaintiff, | |
| v. | No. 04-1123 |
| **Peoria Housing Authority, a Municipal Corporation**, | |
| Defendant. | |

SECOND MOTION FOR LEAVE TO FILE CONSENT CONFIDENTIALITY ODER

Come now the parties, Paul Powell, Plaintiff, and Peoria Housing Authority, Defendant, by and through their attorneys, move this honorable court for leave to file a confidentiality order, and in support thereof states as follows:

1.      The parties agree that they expect the disclosure and use of confidential documents and information in the course of discovery, and throughout the litigation of this case.

2.      A confidentiality order will preserve the confidentiality of the documents and information covered by the Order and hence the legitimate business and privacy interests of the parties.

3.      A copy of the  proposed consent confidentiality order is attached hereto for the consideration of this honorable court.

m

Wherefore, the parties respectfully request this honorable court for leave to file this consent to confidentiality order, and ask the Court to enter same.

Respectfully Submitted,
Plaintiff,
Paul Powell,


By: s/ Charles S. Watson
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705-5477
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com

m