E-FILED
Wednesday, 15 June, 2005  03:42:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | |
|---|---|
| Paul M Powell,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Peoria Housing Authority, a Municipal Corporation,<br><br>　　　　　　　Defendant. | No. 04-1123 |

**CERTIFICATE OF SERVICE & NOTICE OF FILING**

The undersigned certifies that on that the Plaintiff's:

**Second Motion for Leave to File Consent Confidentiality Oder**

and that a copy of the aforesaid document was electronically filed to the following on **June 15, 2005**:

| | |
|---|---|
| Scott Paulsen<br>scottpaulsen@ksswf.com | |

s/ Charles S. Watson

_____

Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com