UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Paul M Powell,<br><br>    Plaintiff,<br><br>v.<br><br>Peoria Housing Authority,<br>a Municipal Corporation,<br><br>    Defendant. | No. 04-1123 |

THIRD MOTION FOR CONFIDENTIALITY/PROTECTIVE ORDER

Comes now the plaintiff, Paul Powell, Plaintiff, and moves this honorable court for leave to file a confidentiality order, and in support thereof states as follows:

1. The parties have consulted and agree to the following.

2. The parties agree that they expect the disclosure and use of confidential documents and information in the course of discovery, and throughout the litigation of this case.

3. A confidentiality order will preserve the confidentiality of the documents and information covered by the Order and hence the legitimate business and privacy interests of the parties.

4. A copy of the proposed consent confidentiality order is attached hereto for the consideration of this honorable court.

Wherefore, the parties respectfully request this honorable court for

leave to file this consent to confidentiality order, and ask the Court to enter same.

Respectfully Submitted,
Plaintiff,
Paul Powell,


By: s/ Charles S. Watson
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705-5477
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com