E-FILED
Friday, 19 August, 2005  12:16:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul M. Powell, | ) | |
|           Plaintiff | ) | |
| | ) | |
| | ) | Case No. 04-1123 |
| | ) | |
| Peoria Housing Authority, | ) | |
|           Defendant | ) | |

**ORDER**

Now before the court is the parties' third motion for protective order. The parties have submitted with this motion their proposed protective order. With reluctance, the Court must again deny this motion, because it does not comport with the law regarding sealed documents as part of the public record.

Paragraph 6 of the proposed order suggests that documents designated as confidential by either party during discovery remain confidential if and when they are filed with the court and that they may therefore be filed under seal. That is not the law. Pursuant to Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943 (7th Cir. 1999), and Jessup v. Luther, 277 F.3d 926 (7th Cir. 2002), and the principles discussed therein, the proposed protective order will not be entered by the court.

If confidential documents are to be filed in support of summary judgment (or at trial), the parties shall, before filing the documents or filing a motion to seal the documents, make a good faith effort to redact the confidential information in such a manner that the document still contains the information required for the court's consideration. Only if redaction does not resolve issues of confidentiality may a party utilize a motion for filing under seal (following the procedures set forth in this District's Administrative Procedures).

Such motion shall explain how the document[s] in question meet the standards for sealing as discussed in <u>Citizens</u>, <u>supra</u>, and its progeny.   IF those standards are not met, the document may not be sealed even if it contains confidential information.

Parties are directed to revise the protective order so that it is consistent with this order.  The pending motion for protective order [#31] is denied.

ENTER this 19th  day of August 2005.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE