E-FILED
Thursday, 15 September, 2005  08:39:06 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| **Paul M Powell**, Plaintiff, v. **Peoria Housing Authority, a Municipal Corporation**, Defendant. | No. 04-1123 |

### MOTION FOR EXTENSION OF TIME AND NEW SCHEDULING ORDER

Comes now the plaintiff, by and through his attorney, Charles S. Watson, and moves this honorable court for an extension of time in which to conduct discovery a new scheduling order, and in support thereof states as follows:

1. The parties have been diligently pursuing discovery, but the discovery cut-off is September 30, 2005.

2. However, the defendant has refused to comply with discovery without a protective order. The parties have agreed that an order should be entered into. Several attempts to have this court enter such an order have failed. Although the undersigned has received discovery, it was pursuant to the understanding that the protective order would be entered per the agreement of the parties. Without an actual order in place, however, the undersigned has been unable to determine what exactly he can do with the discovery and has, therefore delayed pending the

resolution of the protective order situation.

3. Further, the undersigned has been ill, has been training a new assistant, and has been inundated with excessive files which have had deadlines close in time.

4. As a result of the above the undersigned has been unable to complete discovery needed to pursue this cause, specifically depositions.

5. The undersigned is expected to be in trial in Des Moines Iowa on the case of Collier v. Bridgestone/Firestone, southern district of Iowa, No. 4:04-cv-90135, for most of the week beginning February 13, 2006.

6. The undersigned is expected to be in trial before this court for the instant matter beginning the week of February 27, 2006.

7. The undersigned is also expected to be in trial in the case of Little v. Mitsubishi, No. 04-1034, also beginning the week of February 27, 2006.

8. The undersigned is expected to be in trial in the case of Habtes v. Illinois Department of Transportation, CDIL No. 03-3246, beginning the week of March 6, 2006.

9. The undersigned expects the Collier case will be tried the time set forth above without exception.

10. The undersigned cannot complete four jury trials in three weeks.

11. Discovery can be completed, trial preparation properly completed and a trial on the merits performed if discovery cut-off and all other dates are pushed

back 90 days. This would put trial in Late May or early June, 2006 rather than late March, 2006.

12. A proper resolution of this cause, on the facts, would be ensured if this motion is granted, and this motion is not interposed for the purpose of seeking undue or prejudicial delay.

13. Opposing counsel has been contacted and has stated that he has no objection to extending discovery and entering a new scheduling order.

14. Oral argument is requested.

Wherefore the undersigned respectfully requests that this honorable Court extend the time in which to conduct discovery and enter a new Scheduling Order.

Respectfully Submitted,
Plaintiff,
Paul Powell,


By: s/ Charles S. Watson
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705-5477
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com