IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | |
|---|---|
| Paul M Powell, <br><br> Plaintiff, <br> v. <br><br> Peoria Housing Authority, a Municipal Corporation, <br><br> Defendant. | No.  04-1123 |

**CERTIFICATE OF SERVICE & NOTICE OF FILING**

The undersigned certifies that on  that the Plaintiff's:

**Motion for Extension of Time and New Scheduling Order**

and that a copy of the aforesaid document was electronically filed to the following on September 15, 2005:

| | |
|---|---|
| Scott Paulsen <br> scottpaulsen@ksswf.com | |

s/ Charles S. Watson

Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com