12955.7020

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| PAUL M. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-1123 |
| ) | |
| PEORIA HOUSING AUTHORITY, a ) | |
| Municipal Corporation, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME AND NEW SCHEDULING ORDER**

Now comes the Defendant, PEORIA HOUSING AUTHORITY, a Municipal Corporation, by its attorneys Kavanagh, Scully, Sudow, White & Frederick, P.C., and moves this Court for an extension of time in which to complete discovery and a new scheduling order, and in support thereof states as follows:

1. On or about January 30, 2006, Defendant issued discovery to Plaintiff's attorney in advance of the discovery cutoff date of January 31, 2006.

2. In response, Plaintiff's attorney objected, alleging that the discovery cutoff date of January 31, 2006, required that all discovery be <u>completed</u> by that date, not issued by that date. Please see his letter objecting to this discovery attached as Exhibit A.

3. In response, counsel for Defendant sent a letter in compliance with Federal Rule of Civil Procedure 37(a)(2)(B) in an attempt to confer and secure the information or material requested without court action. Please see letter dated February 3, 2006 attached as Exhibit B.

4. In response, counsel for Plaintiff responded with a letter dated February 16, 2006, asserting his position that the discovery was not timely, but suggesting that Defendant file a

LAW OFFICES
KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.
301 S. W. ADAMS STREET, SUITE 700
PEORIA, ILLINOIS 61602-1574
TELEPHONE (309) 676-1381
TELECOPIER (309) 676-0324

1

motion for extension of time "which I will not oppose." Said letter is attached hereto as Exhibit C.

WHEREFORE, Defendant respectfully requests this Court to enter an Order extending the time in which to complete discovery and enter a new scheduling order.

PEORIA HOUSING AUTHORITY,
Defendant, by its attorneys,
KAVANAGH, SCULLY, SUDOW,
WHITE & FREDERICK, P.C.

By _____
Scott R. Paulsen

### CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: CHARLES S. WATSON, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

_____

LAW OFFICES
KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.
301 S. W. ADAMS STREET, SUITE 700
PEORIA, ILLINOIS 61602-1574
TELEPHONE (309) 676-1381
TELECOPIER (309) 676-0324

2