# CHARLES S. WATSON

### Attorney & Counselor at Law

February 1, 2006

Mr. Scott R Paulsen
Kavanagh, Scully, Sudow, White & Frederick, P.C.
301 SW Adams Street, Suite 700
Peoria, IL 61602

KAVANAGH SCULLY SUDOW
WHITE & FREDERICK PC
RECEIVED
FEB 2 2006

Email with Postal Follow-up

Re: Powell v Peoria Housing Authority
    CDIL 04-1123
    Discovery Cut-off/Objections

Dear Mr. Paulsen:

I received your discovery requests. I understand that discovery was cut-off on January 31, 2006. Thus, your discovery needed to be served no later than January 1, 2006, in order to give my client the full thirty days in which to answer or otherwise respond. I will not be responding to your discovery requests.

I am objecting to all of your interrogatories and requests on the basis of untimeliness. Please consider this letter to be my response and objection to your Interrogatories and Requests.

If you have any comment or questions, please contact me.

Very Truly Yours,

Charles S. Watson

xc: P. Powell


DEFENDANT'S EXHIBIT A

P.O. Box 5477
427 E. Monroe, Suite 301
Springfield IL 62705-5477

217.544.6165 (Voice)
217.544.6224 (FAX)
cswatson@cswlaw.com