

**KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.**
*Attorneys & Counselors at Law*

Telephone: 309-676-1381
Fax: 309-676-0324
Web Site:
www.ksswf.com

JOSEPH Z. SUDOW
DAVID J. WALVOORD
CHARLES G. ROTH
PHILLIP B. LENZINI
KAREN M. STUMPE
BRIAN D. MOOTY
JAMES W. SPRINGER
GARY E. SCHMIDT
BRUCE THIEMANN
SCOTT R. PAULSEN
BETH M. WELLENRAITER
RONI S. VANAUSDALL
THOMAS F. BRODERICK
FADI B. RUSTOM

Founded in 1883 as
Worthington & Page

RICHARD J. KAVANAGH
(1894-1963)

J. CHASE SCULLY, JR.
(1907-1969)

WILLIAM McD. FREDERICK
(1907-1991)

DONALD G. BESTE
(1906-1996)

OF COUNSEL
JULIAN E. CANNELL
JORDAN A. FIFIELD
JAMES L. HAFELE
JULIAN B. VENEZKY
EUGENE L. WHITE

February 3, 2006

Mr. Charles S. Watson
Attorney At Law
427 E. Monroe Street, Suite 301
P O Box 5477
Springfield, IL  62705-5477

   RE: Paul Powell v. Peoria Housing Authority
      Case No. 04-1123
      Our File No. 12955.7020

Dear Mr. Watson:

I have received your letter dated February 2, 2006.  While I understand the argument that you are making, I do not agree with your interpretation.  The Scheduling Order says "Discovery due by 1/31/2006."  It does not say that discovery shall be completed by that date.  If that is what the Court meant, then the order should require that all discovery be "issued by" January 1 or "answered by" January 31.  I will admit that I have little experience practicing in the federal courts, but it seems to me that if discovery is allowed until January 31, 2006, then my attempt to obtain discovery made prior to that date should be honored.  Again, while I understand your argument, I still assert that the court deadline gave me until January 31, 2006 to engage in discovery, and that is what I did.

This letter is written pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) as my attempt to confer with you in an effort to secure the information or material requested without court action.  Please respond.

               Sincerely yours,

               KAVANAGH, SCULLY, SUDOW,
               WHITE & FREDERICK, P.C.


               Scott R. Paulsen

SRP:jmc

**DEFENDANT'S EXHIBIT B**