# CHARLES S. WATSON

## Attorney & Counselor at Law

February 16, 2006

KAVANAGH SCULLY SUDOW
WHITE & FREDERICK PC
**RECEIVED**
FEB 17 2006

Mr. Scott R. Paulsen
Kavanagh, Scully, Sudow, White & Frederick, P.C.
301 SW Adams Street, Suite 700
Peoria, IL 61602

Re: Powell v. Peoria Housing Authority, A Municipal Division
    C.D.I.L., Case No. 04-1123
    Discovery Dispute/Housing Authority Interrogatories

Dear Mr. Paulsen:

I have yours of February 3, 2006, and I apologize that it has taken me so long to get back to you. I fully understand your position. However, every admonishment that I have ever received by a federal judge concerning scheduling has indicated that written discovery was to be completed by the discovery cutoff date. I believe that the original order in this case explicitly stated that, and the most recent scheduling order was merely an extension of that original scheduling order. It is my position that your discovery was not timely served and because it was my position that it was not timely served I do not have any present intent to respond to the discovery. Therefore, I believe we are at issue and should take this matter before Judge Gorman. I believe we either need to take the matter before the judge on this particular issue, go with my theory, or you should file a motion for extension of time which I will not oppose.

I welcome your response to this letter.

Very Truly Yours,

Charles S. Watson

CSW/dmr

---

P.O. Box 5477
427 E. Monroe Street, Suite 301
Springfield IL 62705


DEFENDANT'S EXHIBIT C

217.544.6165 (Voice)
217.544.6224 (FAX)
cswatson@cswlaw.com