E-FILED
Thursday, 20 April, 2006   03:46:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | |
|---|---|
| Paul M Powell,<br><br>　　　　　Plaintiff,<br>v.<br><br>Peoria Housing Authority, a Municipal Corporation,<br><br>　　　　　Defendant. | No.  04-1123 |

NOTICE OF SERVICE
OF DISCOVERY DOCUMENTS

The undersigned certifies that a copy of the Plaintiff's:

Answers to Defendant's First Set of Interrogatories

and that a copy of the aforesaid document electronically filed with the following on April 20, 2006:

| | |
|---|---|
| Scott Paulsen<br>scottpaulsen@ksswf.com | |

s/ Charles S. Watson

Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com