E-FILED
Wednesday, 20 September, 2006  11:43:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul M Powell | ) | |
|         Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 04-1123 |
| | ) | |
| Peoria Housing Authority | ) | |
|         Defendant | ) | |

ORDER

    Pursuant to CDIL-LR 16.1(E), this matter remains set for final pretrial conference on October 27, 2006 at 10:00 a.m. Counsel who will actually try the case are to appear in person.

    Prior to the conference, counsel shall confer and prepare an agreed final pretrial order in conformity with CDIL-LR 16.1(F) and the sample contained in Appendix I to the Local Rules. The agreed pretrial order with all required exhibits shall be submitted to my chambers (i.e. it shall not be electronically filed) on or before October 20, 2006.

    Motions in limine shall be filed on or before October 13, 2006; responses to those motions shall be filed on or before October 20, 2006.

ENTERED: September 20, 2006

                                          s/ John A. Gorman

                                          John A. Gorman
                                          U.S. Magistrate Judge