# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| **Paul M. Powell**, | |
| Plaintiff, | |
| v. | No. 04-1123 |
| **Peoria Housing Authority, a Municipal Corporation**, | |
| Defendant. | |

### WAIVER OF JURY DEMAND

Paul Howell, by and through his attorney, Charles S. Watson, waives the jury demand made in his third amended complaint as same was inadvertent, previous jury demands having been waived by both parties.

Respectfully Submitted,
Plaintiff,
Paul M. Powell,


By: s/ Charles S. Watson
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705-5477
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com