IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | |
|---|---|
| Paul M Powell,<br><br>                    Plaintiff,<br>v.<br><br>Peoria Housing Authority, a Municipal Corporation,<br><br>                    Defendant. | No.  04-1123 |

**CERTIFICATE OF SERVICE & NOTICE OF FILING**

The undersigned certifies that on  that the Plaintiff's:

Waiver of Jury Demand

and that a copy of the aforesaid document was electronically filed to the following on :

| | |
|---|---|
| Scott Paulsen<br>scottpaulsen@ksswf.com | |

s/ Charles S. Watson
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O. Box 5477
Springfield IL 62705
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com