# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| **Paul M. Powell**, | |
| Plaintiff, | |
| v. | No. 04-1123 |
| **Peoria Housing Authority, a Municipal Corporation**, | |
| Defendant. | |

### MOTION FOR LEAVE TO FILE INSTANTER

Paul Powell, by and through his attorney, Charles S. Watson, moves this honorable court for leave to file a statement of case instanter. The undersigned was absent from the state of Illinois on 17 November 2006, in order to aid his son's return to Illinois from California after his discharge from the United States Marine Corps. The statement of case was prepared at that time and should have been filed on that date. However, due to mis-communications within the undersigned's office, the statement of the case was not filed and that fact was discovered only today. The Statement of the Case is attached hereto. The failure to timely file is due to excusable neglect, and the undersigned seeks leave to file instanter.

Respectfully Submitted,
Plaintiff,
Paul M. Powell,


By: s/ Charles S. Watson
Charles S. Watson, No. 06186244
Attorney for the Plaintiff
Watson Law
P.O.Box 5477
Springfield IL 62705-5477
217.544.6165 (V)
217.544.6224 (F)
cswatson@cswlaw.com