UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAUL M. POWELL,          Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 04-1123 |
| PEORIA HOUSING AUTHORITY,          Defendant | ) ) ) | |

**ORDER**

Plaintiff having moved orally to dismiss this action, the motion is granted.  This matter is dismissed with prejudice, parties each to bear their own costs.  All dates are vacated, bench trial is cancelled, and this case is closed.

ENTER this 27th day of November 2006.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE