E-FILED
Wednesday, 06 December, 2006  03:25:15 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 0 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
DEC 0 6 2006
U.S. Magistrate Judges Office
Peoria, Illinois

November 29, 2006

Judge John A. Gorman
United States District Court
Peoria, IL 61604

Your Honorable Judge John A. Gorman:

I am the plaintiff, Paul Powell, from Case Number 1:04-cv-1123, Powell v. Peoria Housing Authority, that appeared in court before you on Monday, November 27, 2006. The attorney representing me was Mr. Charles Watson. I am writing this letter because I am perplexed about some things that took place regarding my case and how it was handled by my legal counsel. I am asking that I be given the opportunity to seek new counsel and vacate the order of dismissal due to unethical conduct on the part of my counsel, as detailed below.

Just before we were to enter the courtroom on the day our trial was scheduled to begin, my counsel suggested that I dismiss my case. His reason was that his fees to continue representing me the two days our case was scheduled to last would cost well over $10,000. We had at no time prior to this had a discussion of additional fees for his representation through the trial, nor was it stipulated in the contract I entered into with him when securing him as my counsel in this case.

He continued pushing me to dismiss the case just before entering the courtroom saying that he had worked on my case over the weekend and that work was going to cost me an additional $6,000 to $7,000. He said that if we won the case, the costs would be absorbed. However he further stated that if we lost the case he would take legal steps against me to retain the cost. He continued pushing to have the case dismissed saying that he would drop any outstanding fees I owed him if I let him dismiss the case.

These discussions of fees that he had never mentioned before and the pressure brought to bear by my attorney to dismiss the case left me numb and dumbfounded. In after thought I really feel that I was set up for a fall.

My attorney, Mr. Watson, said the work he did over the weekend was talking with my Business Agent and his lawyer on Saturday and Sunday. However he said at a different time in our same conversation that he had spent the weekend in California vacationing with his son.

I strongly feel that my case has validity; however, I do not feel that Mr. Watson wanted to defend me at this point. I noticed a marked change in his attitude. He did not seem to be prepared to try this case.

I checked with one of my witnesses who did not show up and found out that Mr. Watson had called them the morning of the trial. The subpoena for this witness had been sent to the wrong address. Another witness, who came late to trial, had just been called the morning of the trial as well. His subpoena had been sent to a post office box instead of his home address.

I really feel that something was not right and I cannot be precise about what I feel took place, but I do feel that some type of under current went forward and I feel that I was coerced by my counsel. I am therefore asking that I be given opportunity to seek new counsel in my behalf and to vacate the order of dismissal due to unethical conduct by my counsel.

Please advise.

Sincerely,

*Paul M. Powell*

Paul M. Powell