E-FILED
Wednesday, 27 December, 2006 01:45:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA, ILLINOIS

FILED
DEC 27 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Paul Powell vs Peoria Housing Authority    )
)
)
)
)
)

CRIMINAL NO. _____

CIVIL NO. 04-CV-1123

## NOTICE OF APPEAL

Notice is hereby given that Paul M Powell appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on 12-27-06 in the above case.

PREPARED BY:

JOHN M. WATERS, CLERK

U.S. DISTRICT COURT

DATE: 12-27-06

Paul M Powell
1005. W Nowland
Peoria Ill 61604

Proof of Service

I, mailed a copy to Peoria Housing Authority