E-FILED
Wednesday, 27 December, 2006 03:09:05 PM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                     Docket No.: 04-1123

Division: Peoria

***Plaintiff (Petitioner)      Short Caption      Defendant (Respondent)***

Paul M Powell                        v.        Peoria Housing Authority

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Charles S Watson                              Name: Scott R Paulsen

Firm: Watson Law Office                             Firm: Kavanagh Scully Sudow White & Frederick

Address: 427 E Monroe, Suite 301                    Address: 301 SW Adams St, Suite 700

Springfield, IL 62705                               Peoria, IL 61602-1574

Phone: 217-544-6165                                 Phone: 309-676-1381

---

Judge: John A. Gorman                               Nature of Suit Code:  442 Civil Rights: Jobs

Court Reporter:                                     Date Filed in District Court: 4/23/2004

                                                    Date of Judgment: 11/27/2006

                                                    Date of Notice of Appeal: 12/27/2006

Counsel:   ___Appointed    _X_Retained    ___Pro Se

Fee Status:   ___Paid    ___Due    ___IFP    _X_IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        _X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**