E-FILED
Thursday, 01 February, 2007  12:41:49 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER FRAP 42(b)**

**CERTIFIED COPY**

Date: January 30, 2007

By the Court:

No. 06-4405

PAUL M. POWELL,
        Plaintiff - Appellant

v.

PEORIA HOUSING AUTHORITY,
        Defendant - Appellee

A True Copy:
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit.

**FILED**
FEB - 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1123, John A. Gorman, Magistrate Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on 1/24/07,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)